```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

               Plaintiff,

-against-

DUNDEE LLC, a New York limited liability company, d/b/a CALEDONIA, and TAL UMATAR LLC, a New York limited liability company,

               Defendants.

1:21-cv-9387-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

Plaintiff initiated this action by filing a complaint on November 12, 2021. [ECF No. 1]. Affidavits of service of summons and complaint were filed on the docket on January 23, 2022. [ECF Nos. 7, 8]. According to that summons, Defendants' responses to the complaint were due December 30, 2022. [ECF Nos. 7, 8]. No responses were filed, and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by March 14, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by March 14, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

Date: February 14, 2022
       New York, NY

*[signature]*
**MARY KAY VYSKOCIL**
United States District Judge