```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

                -against-

DUNDEE LLC, a New York limited liability company, d/b/a CALEDONIA, and TAL UMATAR LLC, a New York limited liability company,

                Defendants.

1:21-cv-9387-MKV

ORDER

---

**MARY KAY VYSKOCIL, United States District Judge:**

      Plaintiff initiated this action by filing a complaint on November 12, 2021. [ECF No. 1]. Affidavits of service of summons and complaint were filed on the docket on January 23, 2022. [ECF Nos. 7, 8]. According to that summons, Defendants' responses to the complaint were due December 30, 2022. [ECF Nos. 7, 8]. On February 14, 2022, the Court directed that any motion for entry of a default judgment shall be filed by March 14, 2022. On March 14, 2022, Defendant Dundee LLC filed an appearance [ECF No. 10] and, with consent of Plaintiff, requested an extension of six weeks on its deadline to answer the Complaint — to April 25, 2022, [ECF No. 12].

      Defendant Dundee LLC is now several months late in responding to the Complaint. As such, Defendant Dundee LLC's deadline to move, answer or otherwise respond to the Complaint is extended to April 4, 2022.

**SO ORDERED.**

**Date: March 14, 2022**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**