*Fischman & Fischman*
ATTORNEYS AT LAW
*2166 Broadway, Suite 6D*
*New York, New York 10024*
*(212) 274-0555*
*Facsimile (212) 274-0603*

March 18, 2022

LON PAUL FISCHMAN
DOREEN J. FISCHMAN

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St, Courtroom 18C
New York, NY 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:__3/18/2022__         │
└─────────────────────────────────┘
```

Re:  RICARDO VELASQUEZ v. DUNDEE LLC,
and 720 SECOND, LLC 1:21-cv-9387-MKV

Dear Judge Vyskocil,

The undersigned represents Defendant TAL UMATAR LLC in the above-captioned matter and is hereby requesting an extension of time to file an Answer to the Complaint (Doc. No. 1).  The original date for Defendants to respond to Plaintiff's complaint was December 30, 2021.  There has been no previous request for this or any other extension by the Defendant TAL UMATAR LLC.  My adversary B. Bradley Weitz, Esq. consents to this request for an extension The reason for the current request is that Defendant never received a copy of the Complaint (Doc. No. 1) until the co-Defendant (Dundee) sent its copy of same on or about March 14, 2022 to Defendant.  The requested extension does not affect any other scheduled date.  Defendant requests that the time to Answer be extended to May 31, 2022 due to the upcoming religious holidays and the impact of the most recent strain of Covid-19 which has caused closures in Defendant's and Defendant's attorney's office.

Thank your for your courtesy and consideration of this request.

Very truly yours

Fischman & Fischman
By: /s/ Doreen J. Fischman (2362)
Attorneys for Defendant TAL
UMATAR LLC

**Granted. SO ORDERED.**

Date: __3/18/2022__
New York, New York

Mary Kay Vyskocil
United States District Judge