

United States District Court
Southern District of New York

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                                Plaintiff,<br><br>                        - against -<br><br>DUNDEE LLC., a New York<br>corporation, d/b/a  CALEDONIA,<br>and TAL UMATAR LLC, a New York<br>limited liability company,<br><br>                                Defendants. | Civil Action<br>No.  1:21-cv-9387-MKV<br><br>**ANSWER and CROSS-CLAIM  WITH JURY DEMAND** |

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), Defendant TAL UMATAR LLC ("TAL UMATAR" or "Defendant"), by its attorneys FISCHMAN & FISCHMAN, files this Answer to RICARDO VELASQUEZ's Complaint ("Complaint"):

**ANSWER**

Defendant specifically denies any and all allegations contained in headings, or unnumbered paragraphs in the Complaint to the extent that any allegations exist therein:

1.      Paragraph 1 of the Complaint does not contain any factual allegations which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

2.      Defendant consents to venue as indicated in ¶2 of the Complaint.

3.      Paragraph 3 of the Complaint does not contain any factual allegations

which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

4.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in ¶4 of the Complaint.

5.      Defendant admits that it is the owner of the subject property as alleged in ¶5 of the Complaint, and denies each and every other factual allegation contained therein, and cannot admit or deny the alleged ownership of the alleged "improvements" in that such allegation calls for a conclusion of law.

6.      Defendant admits to the allegations contained in ¶6 of the Complaint.

**AS TO COUNT I – AMERICANS WITH DISABILITY ACT**

7.      Paragraph 7 of the Complaint does not contain any factual allegations which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

8.      Paragraph 8 of the Complaint (including all subsections thereof) does not contain any factual allegations which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and the legislative history alluded to therein.

9.      Paragraph 9 of the Complaint (including all subsections thereof) does not

contain any factual allegations which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and the legislative history alluded to therein.  Defendant avers the statute, rules, or regulations referenced by this Paragraph is the best proof of its contents.

10.     Defendant denies the factual allegations contained in ¶10 of the Complaint, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

11.     Defendant cannot admit or deny the  allegations contained in ¶11 of the Complaint which call for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of said allegations as it relates to any statute and/or regulation relevant thereto.  To the extent ¶11 contains any factual allegation(s), Defendant denies same.

12.     Defendant denies the allegations contained in ¶12 of the Complaint.

13.     Defendant denies the allegations contained in ¶13 of the Complaint.

14.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation concerning the desire of Plaintiff to re-visit the subject property, and Defendant denies each and every other allegation contained in ¶14 of the Complaint.

15.     Defendant does not admit or deny the allegations in ¶15 of the Complaint, and Defendant avers the statute, rules, or regulations referenced by this Paragraph is

the best proof of its contents.

16.     Defendant denies each and every allegation contained in ¶16 of the Complaint including, but not limited to, the allegations contained in the subparagraphs numbered with roman numerals.

17.     Defendant denies each and every allegation contained in ¶17 of the Complaint.

18.     Defendant denies each and every allegation contained in ¶18 of the Complaint.

19.     Defendant cannot admit or deny the  allegations contained in ¶19 of the Complaint which call for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of said allegations as it relates to any statute and/or regulation relevant thereto.  To the extent ¶19 contains any factual allegation(s), Defendant denies same.

20.     Defendant cannot admit or deny the  allegations contained in ¶20 of the Complaint which call for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of said allegations as it relates to any statute and/or regulation relevant thereto.

**AS TO COUNT II – NEW YORK CITY HUMAN RIGHTS LAW**

21.     Defendant does not admit or deny the allegations in ¶21 of the Complaint, and Defendant avers the statute, rules, or regulations referenced by this Paragraph is the best proof of its contents.

*Page 4*

22.     Defendant denies each and every allegation contained in ¶22 of the Complaint.

23.     The Defendant repeats and re-alleges the allegations of paragraphs 1 through 22 as if set forth in their entirety here.

## AS TO COUNT III – NEW YORK STATE HUMAN RIGHTS LAW

24.     Defendant does not admit or deny the allegations in ¶24 of the Complaint, and Defendant avers the statute, rules, or regulations referenced by this Paragraph is the best proof of its contents.

25.     Defendant cannot admit or deny the  allegations contained in ¶25 of the Complaint which call for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of said allegations as it relates to any statute and/or regulation relevant thereto.

26.     Defendant denies each and every allegation contained in ¶26 of the Complaint.

27.     Defendant denies each and every allegation contained in ¶27 of the Complaint.

28.     The Defendant repeats and re-alleges the allegations of paragraphs 1 through 27 as if set forth in their entirety here.

## AS TO COUNT IV - VIOLATION OF THE ADMINISTRATIVE CODE OF THE CITY OF NEW YORK

29.     Defendant denies each and every allegation contained in ¶29 of the Complaint.

30.      Defendant denies each and every allegation contained in ¶30 of the Complaint.

31.      Defendant does not admit or deny the allegations in ¶31 of the Complaint, and Defendant avers the statute, rules, or regulations referenced by this Paragraph is the best proof of its contents, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

32.      Defendant cannot admit or deny the allegations contained in ¶32 of the Complaint which call for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of said allegations as it relates to any statute and/or regulation and/or case law relevant and alluded to therein.

33.      Defendant denies each and every allegation contained in ¶33 of the Complaint.

34.      Defendant denies each and every allegation contained in ¶34 of the Complaint.

35.      Defendant denies each and every allegation contained in ¶35 of the Complaint.

36.      Defendant denies each and every allegation contained in ¶36 of the Complaint.

37.      The Defendant repeats and re-alleges the allegations of paragraphs 1

through 36 as if set forth in their entirety here.

**AS TO ATTORNEYS FEES AND COSTS**

38.    Paragraph 38 of the Complaint does not contain any factual allegations which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

39.    Paragraph 39 of the Complaint does not contain any factual allegations that can be admitted or denied.

**AS TO DAMAGES**

40.    Paragraph 40 of the Complaint does not contain any factual allegations that can be admitted or denied.

**AS TO INJUNCTIVE RELIEF**

41.    Paragraph 41 of the Complaint does not contain any factual allegations which can be admitted or denied, and contains allegations which calls for conclusions of law, and Defendant respectfully refers to the Court all questions concerning the interpretation and legal effect of the statutes and/or regulations alluded to therein.

## AFFIRMATIVE DEFENSES

42.     The Complaint fails to state a cause of action since the date of the alleged visit by the Plaintiff to the Defendant's real property is omitted.

43.     The Complaint should be dismissed in its entirety.

44.     Should the Court grant Plaintiff permission to amend his Complaint, then Defendant reserves its rights to amend this answer with appropriate defenses which could include but are not limited to a more specific statute of limitations defense or other defense(s) based upon the date of the alleged visit by Plaintiff.

45.     Defendant also reserves its right to interposes defense(s) based upon the inability to preserve evidence based upon the failure of the Complaint (Doc. No. 1) to state the date when Plaintiff was allegedly denied the full and safe access to all of the benefits, accommodations and services of the Subject Facility.

46.     Without admitting or acknowledging that Defendant bears any burden of proof as to any of them, Defendant asserts the following affirmative defenses. Defendant intends and specifically reserves the right to rely upon any additional defenses that become available or apparent while this action is pending and reserves the right to amend this answer in order to otherwise assert any such further defense(s).

## FIRST DEFENSE

47.     The allegations in the Complaint fail to state a claim for which relief may be had, in addition to the facts stated above in paragraph 42.

## SECOND DEFENSE

*Page 8*

48.     Plaintiff has failed to properly allege standing to assert any or all of the claims alleged in the Complaint because, upon information and belief, Plaintiff has not been to the Property and has not been denied the full and safe access to all of the benefits, accommodation, and services at the Property.

49.     Plaintiff does not set forth any date(s) or time(s) at which Plaintiff alleges to have visited the Property.

50.     Plaintiff does not set forth any date(s) or time(s) at which Plaintiff alleges to have been denied access to the Property.

51.     Plaintiff does not set forth any date(s) or time(s) at which Plaintiff alleges to have asked for and been denied access to the Property.

52.     Plaintiff does not set forth whether he sought to see if the modifications sought to the Property are reasonable, readily achievable, technically feasible, and would not cause a significant loss.

## THIRD DEFENSE

53.     Plaintiff's claims, are or may be barred, in whole or in part, by the applicable statute of limitations including the New York Executive Law § 297(5) and the New York City Administrative Code Chapter 5 § 8-502.

## FOURTH DEFENSE

54.     The allegations in the Complaint must be dismissed by reason of Plaintiff's failure to comply with one or more conditions precedent to filing the within lawsuit.

## FIFTH DEFENSE

55.    Plaintiff's claims, are barred in whole or part because any modifications do not trigger the "alteration" legal standard.

56.    Plaintiff's claims, are barred because, to the extent architectural barriers alleged by the Plaintiff exist (which supposition is explicitly denied and merely stated for the purpose of this additional defense) the removal of such barriers is virtually impossible.

## SIXTH DEFENSE

57.    Plaintiff's claims, are barred because any alterations made to the Premises are sufficient in that they satisfy the "to the maximum extent feasible" standard to the extent applicable.

## SEVENTH DEFENSE

58.    Plaintiff's claims, are barred because, to the extent architectural barriers alleged by Plaintiff exist (which supposition is explicitly denied and merely stated for the purpose of this additional defense) the modification of such barriers is not readily achievable.

## EIGHTH DEFENSE

59.    Plaintiff's claims, are barred in whole or part because architectural barriers in the Premises have been removed sufficient to satisfy the "readily achievable" standard to the extent applicable.

## NINTH DEFENSE

60.     The applicable statutory ceilings on recoverable damages must limit any damages recovered by Plaintiff from Defendant.

## TENTH DEFENSE

61.     To the extent Defendant is determined to be liable, it is, or may be, entitled to contribution from Defendant DUNDEE based on its actions, inactions, negligence, recklessness and/or other conduct, including but not limited to its actions alleged in Plaintiff's Complaint.

## ELEVENTH DEFENSE

62.     Plaintiff's claims, are barred because, to the extent architectural barriers alleged by Plaintiff exist (which supposition is explicitly denied and merely stated for the purpose of this additional defense) the barriers are *de minimis* and/or are within conventional building industry tolerances.

## TWELFTH DEFENSE

63.     Any services alleged to be required would constitute an undue burden as defined in the Treasury Regulations as "significant difficulty or expense" and is not required.

## THIRTEENTH DEFENSE

64.     Plaintiff's claims against Defendant, are barred because Defendant has complied with all applicable regulations of the federal, state and city governments.

## FOURTEENTH DEFENSE

65.     Plaintiff fails to allege facts or a cause of action against Defendant sufficient to support a claim for attorneys' fees.

66.     Plaintiff is not entitled to damages or attorney's fees because Plaintiff acted in bad faith by failing to give Defendant notice of alleged violations prior to filing lawsuit, when alleged violations could have been handled in a cost-efficient manner, in a transparent attempt to extract a settlement.

## FIFTEENTH DEFENSE

67.     Plaintiff's claims, are barred in whole or part pursuant to 28 C.F.R. § 36.403(f) in that any alleged alteration required to conform is disproportionate to the overall alteration, if any.

## SIXTEENTH DEFENSE

68.     The Complaint was not initiated in good faith and is barred by the doctrine of unclean hands.

## SEVENTEENTH DEFENSE

69.     Plaintiff is not entitled to injunctive relief because he has failed to show an injury-in-fact or a threat of real and immediate harm.

## EIGHTEENTH DEFENSE

70.     The Complaint must be dismissed because Plaintiff has not shown, and does not have, a good faith intent to return to the subject property and patronize its

facilities.

71.     Upon information and belief, the Plaintiff lacks standing as he is a serial ADA litigant who has and continues to pursue a course of litigation instituted without sufficient grounds and serving only to cause annoyance and expense to this and other similarly situated defendants for the purpose of recovery of attorney's fees under the ADA.

72.     As of the present day, the Plaintiff has instituted in the SDNY the following One Hundred Fifty-Six (156) cases (inclusive of present action) the majority of which are with the same attorney (Weitz,B):

| 1 | 1:09-cv-03446-AKH | Ricardo Velasquez v. A Russo Wrecking, Inc. et al | filed 03/24/09 | closed 01/25/11 |
|---|---|---|---|---|
| 2 | 1:15-cv-07187-SAS | Velasquez v. Park - 79 Associates, LP et al | filed 09/11/15 | closed 12/03/15 |
| 3 | 1:15-cv-07193-JMF | Velasquez v. ISK - 57 Inc. et al | filed 09/11/15 | closed 02/17/16 |
| 4 | 1:16-cv-05487-KBF | Velasquez v. E Z Pawn Corp. et al | filed 07/10/16 | closed 03/02/17 |
| 5 | 1:16-cv-06256-GHW | Velasquez v. Uptown Roasters, LLC et al | filed 08/07/16 | closed 02/13/17 |
| 6 | 1:17-cv-02367-WHP | Velasquez v. Ricardo Steak House Heart Foundation Inc. et al | filed 04/01/17 | closed 02/20/18 |
| 7 | 1:17-cv-02384-JGK | Velasquez v. AR 116 Lex Inc. et al | filed 04/03/17 | closed 02/07/18 |

| 8 | 1:17-cv-03623-LTS-KNF | Velasquez v. Chenille Organics Cleaners, Inc. et al | filed 05/15/17 | closed 12/21/17 |
| 9 | 1:17-cv-03629-SN | Velasquez v. Gortaroe Construction of New York, Inc. et al | filed 05/15/17 | closed 11/17/17 |
| 10 | 1:17-cv-03867-PGG | Velasquez v. 1465 3rd Ave. Rest. Corp. et al | filed 05/22/17 | closed 10/03/17 |
| 11 | 1:17-cv-04793-ALC | Velasquez v. HSK Hospitality Inc. et al | filed 06/23/17 | closed 02/15/18 |
| 12 | 1:17-cv-04861-RJS | Velasquez v. Amma Anna 730 LLC et al | filed 06/27/17 | closed 11/19/17 |
| 13 | 1:17-cv-04862-AT | Velasquez v. 667 Tenth Avenue Corp. et al | filed 06/27/17 | closed 02/26/18 |
| 14 | 1:17-cv-04938-GBD | Velasquez v. Skyline Gourmet Deli Inc. et al | filed 06/29/17 | closed 03/19/18 |
| 15 | 1:17-cv-04939-KBF | Velasquez v. BGHO LLC et al | filed 06/29/17 | closed 07/17/18 |
| 16 | 1:17-cv-05009-KPF | Velasquez v. 688 10th Ave. Restaurant Corp. et al | filed 07/04/17 | closed 05/09/18 |
| 17 | 1:17-cv-09833-VEC | Velasquez v. Tere Restaurant II Corp et al | filed 12/15/17 | closed 03/15/18 |
| 18 | 1:17-cv-09836-LGS | Velasquez v. Orchid Man, Inc et al | filed 12/15/17 | closed 06/05/18 |
| 19 | 1:17-cv-09837-VEC | Velasquez v. Everyday Convenient Store Inc et al | filed 12/15/17 | closed 09/04/18 |
| 20 | 1:17-cv-09989-WHP | Velasquez v. Allende & Rojas Food Services, LLC et al | filed 12/21/17 | closed 10/23/18 |

| 21 | 1:18-cv-00669-RA | Velasquez v. Celtic Tiger Inc. et al | filed | 01/25/18 | closed | 08/28/18 |
| 22 | 1:18-cv-00675-JMF | Velasquez v. Golden Delight Restaurant Inc. et al | filed | 01/25/18 | closed | 12/03/18 |
| 23 | 1:18-cv-03512-RJS | Velasquez v. Evolution Nature Corp et al | filed | 04/20/18 | closed | 07/30/18 |
| 24 | 1:18-cv-04116-JPO | Velasquez v. Bleecker Street Bar Corp. et al | filed | 05/08/18 | closed | 09/13/19 |
| 25 | 1:18-cv-04161-AT | Velasquez v. Pressed Juicery 329 Lafayette Street LLC et al | filed | 05/09/18 | closed | 10/10/18 |
| 26 | 1:18-cv-04183-LGS | Velasquez v. 643 Broadway Holdings LLC et al | filed | 05/09/18 | closed | 01/02/19 |
| 27 | 1:18-cv-04580-JGK | Velasquez v. West Village Finest Deli Corp et al | filed | 05/23/18 | closed | 12/12/18 |
| 28 | 1:18-cv-05646-PAE | Velasquez v. Overthrow New York Limited et al | filed | 06/21/18 | closed | 08/30/18 |
| 29 | 1:18-cv-05655-GBD | Velasquez v. Mercer Street Books, Inc. et al | filed | 06/21/18 | closed | 09/05/18 |
| 30 | 1:18-cv-05657-JGK | Velasquez v. 192 Mercer Street Corporation et al | filed | 06/21/18 | closed | 01/18/19 |
| 31 | 1:18-cv-06986-VEC | Velasquez v. 62nd & 1st LLC et al | filed | 08/02/18 | closed | 04/01/19 |
| 32 | 1:18-cv-06987-JMF | Velasquez v. Domino's Pizza LLC et al | filed | 08/02/18 | closed | 12/11/18 |
| 33 | 1:18-cv-06988-LJL | Velasquez v. IL Valentino Restaurant Inc. et al | filed | 08/02/18 | closed | 03/24/21 |

| 34 | 1:18-cv-10208-AJN | Velasquez v. PGGS Gourmet, Inc. et al | filed | 11/02/18 | closed | 03/14/19 |
|---|---|---|---|---|---|---|
| 35 | 1:18-cv-10217-ALC | Velasquez v. Join Us HK, LLC et al | filed | 11/02/18 | closed | 08/21/19 |
| 36 | 1:18-cv-10220-GHW-DCF | Velasquez v. 340 West 46Th Street Corp et al | filed | 11/02/18 | closed | 05/09/19 |
| 37 | 1:18-cv-10225-JGK | Velasquez v. Mode K'S, Inc et al | filed | 11/02/18 | closed | 05/06/19 |
| 38 | 1:18-cv-10328-AJN | Velasquez v. 326 Restaurant Corp. et al | filed | 11/06/18 | closed | 07/09/19 |
| 39 | 1:18-cv-10459-AJN | Velasquez v. Think Coffee, LLC et al | filed | 11/09/18 | closed | 05/28/19 |
| 40 | 1:18-cv-10461-KPF | Velasquez v. Santa Fe Restaurant Corp. et al | filed | 11/09/18 | closed | 06/18/19 |
| 41 | 1:18-cv-10462-GHW | Velasquez v. NICHL Due, Inc. et al | filed | 11/09/18 | closed | 06/19/19 |
| 42 | 1:18-cv-10967-AT | Velasquez v. Juice Generation Inc et al | filed | 11/23/18 | closed | 05/03/19 |
| 43 | 1:18-cv-10968-GHW | Velasquez v. Two Spirit, LLC et al | filed | 11/23/18 | closed | 03/01/19 |
| 44 | 1:18-cv-10969-CM-JW | Velasquez v. Kiner's Corner LLC et al | filed | 11/23/18 | | |
| 45 | 1:18-cv-12057-PAE-OTW | Velasquez v. CDDF Restaurant Inc. et al | filed | 12/20/18 | closed | 05/06/19 |
| 46 | 1:18-cv-12062-GHW | Velasquez v. Boxers Enterprises, LLC. et al | filed | 12/20/18 | closed | 07/02/19 |

| 47 | 1:19-cv-00333-GHW | Velasquez v. 939 First Ave. Liquors, Inc. et al | filed 01/11/19 | closed 07/17/19 |
|---|---|---|---|---|
| 48 | 1:19-cv-01139-AJN | Velasquez v. IL Gnocchi Restaurant Corp et al | filed 02/06/19 | closed 06/20/19 |
| 49 | 1:19-cv-01141-DAB | Velasquez v. New Red Star Chinese Restaurant Inc. et al | filed 02/06/19 | closed 06/17/19 |
| 50 | 1:19-cv-01248-VSB | Velasquez v. Tobacco House Corp. et al | filed 02/08/19 | closed 08/23/20 |
| 51 | 1:19-cv-01251-RA | Velasquez v. Elimar Grocery & Bakery Corp. et al | filed 02/08/19 | closed 09/23/19 |
| 52 | 1:19-cv-03061-PGG-BCM | Velasquez v. Hung Zong Inc. et al | filed 04/05/19 | closed 10/29/19 |
| 53 | 1:19-cv-03301-KPF | Velasquez v. 1 West 3Rd St. Restaurant Associates LLC et al | filed 04/12/19 | closed 09/23/19 |
| 54 | 1:19-cv-03304-PGG-SDA | Velasquez v. Kintaro Foods LLC et al | filed 04/12/19 | closed 08/27/19 |
| 55 | 1:19-cv-03475-JPO | Velasquez v. Gansevoort Market Coffee Shop Inc. | filed 04/18/19 | closed 08/30/19 |
| 56 | 1:19-cv-03476-AJN | Velasquez v. Big Ben Jewelers Inc et al | filed 04/18/19 | closed 01/14/20 |
| 57 | 1:19-cv-03478-GHW | Velasquez v. Ulla Johnson Inc. et al | filed 04/18/19 | closed 08/30/19 |
| 58 | 1:19-cv-05643-JGK | Velasquez v. New Red Star Inc. et al | filed 06/17/19 | closed 12/21/20 |
| 59 | 1:19-cv-06429-AT | Velasquez v. Pearlstone Restaurant, LLC et al | filed 07/11/19 | closed 11/20/19 |

| 60 | 1:19-cv-06891-KPF | Velasquez v. DRT Group, LLC et al | filed 07/24/19 | closed 12/23/19 |
|----|-------------------|-----------------------------------|----------------|-----------------|
| 61 | 1:19-cv-06895-ALC | Velasquez v. Liam Street Venture LTD et al | filed 07/24/19 | closed 12/19/19 |
| 62 | 1:19-cv-06897-JMF | Velasquez v. Stone Street Amigos LLC et al | filed 07/24/19 | closed 12/10/19 |
| 63 | 1:19-cv-06899-JPO | Velasquez v. Shorty's Restaurants LLC et al | filed 07/24/19 | closed 11/22/19 |
| 64 | 1:19-cv-06901-GBD | Velasquez v. Rex Pipe Shop Inc et al | filed 07/24/19 | closed 04/27/20 |
| 65 | 1:19-cv-06903-JPO-SLC | Velasquez v. 2 Coenties Slip, LLC et al | filed 07/24/19 | closed 10/27/20 |
| 66 | 1:19-cv-06908-AJN | Velasquez v. 44 Water Street, Inc et al | filed 07/24/19 | closed 09/02/20 |
| 67 | 1:19-cv-06911-JPC | Velasquez v. 80-00090 Maiden Lane DEL LLC et al | filed 07/24/19 | closed 10/15/20 |
| 68 | 1:19-cv-06912-RA-KHP | Velasquez v. Lemage Inc | filed 07/24/19 | closed 12/02/20 |
| 69 | 1:19-cv-08818-LJL | Velasquez v. Hell's Kitchen Barbers Corp. et al | filed 09/23/19 | closed 08/17/20 |
| 70 | 1:19-cv-08819-GHW | Velasquez v. Eat Good Feel Good Inc. et al | filed 09/23/19 | closed 07/06/20 |
| 71 | 1:19-cv-08824-MKV | Velasquez v. Chong Qing Xiao Mian I, Inc. et al | filed 09/23/19 | closed 06/09/20 |
| 72 | 1:19-cv-10149-JMF | Velasquez v. Gansevoort Market Coffee Shop Inc. | filed 10/31/19 | closed 02/04/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73 | 1:19-cv-11300-MKV-BCM | Velasquez v. Nano Endeavour LLC et al | filed | 12/10/19 | closed | 02/18/20 |
| 74 | 1:19-cv-11303-VSB | Velasquez v. BX4 LLC et al | filed | 12/10/19 | closed | 07/09/20 |
| 75 | 1:19-cv-11304-KPF | Velasquez v. BGHO LLC et al | filed | 12/10/19 | closed | 02/25/20 |
| 76 | 1:19-cv-11334-GHW | Velasquez v. West 54 Liquors LLC et al | filed | 12/11/19 | closed | 06/08/20 |
| 77 | 1:19-cv-11488-GHW | Velasquez v. Two Big Boys, Inc. et al | filed | 12/16/19 | closed | 12/08/20 |
| 78 | 1:19-cv-11500-ER | Velasquez v. 359 Corp. et al | filed | 12/16/19 | closed | 09/07/21 |
| 79 | 1:20-cv-06095-PGG-KNF | Velasquez v. 55 Stone Street, LLC et al | filed | 08/04/20 | closed | 03/18/21 |
| 80 | 1:20-cv-10983-JGK | Velasquez v. Delphinium Ltd. et al | filed | 12/28/20 | closed | 04/12/21 |
| 81 | 1:21-cv-00048-ALC-BCM | Velasquez v. Charlotte Jones Opticians, LLC et al | filed | 01/04/21 | closed | 01/25/22 |
| 82 | 1:21-cv-01973-PGG-KHP | Velasquez v. 85 Pearl Street Venture Ltd. et al | filed | 03/07/21 | closed | 03/30/22 |
| 83 | 1:21-cv-01975-AT | Velasquez v. New Jubilee News II, Inc. et al | filed | 03/07/21 | closed | 07/19/21 |
| 84 | 1:21-cv-02434-PAE-JLC | Velasquez v. Liber-Tees, Inc. et al | filed | 03/19/21 | closed | 12/21/21 |
| 85 | 1:21-cv-02513-SHS | Velasquez v. Four Star 1/2 Inc. et al | filed | 03/23/21 | closed | 11/10/21 |
| 86 | 1:21-cv-02719-KPF | Velasquez v. Sall Restaurant and Lounge, LLC et al | filed | 03/30/21 | | |

| 87 | 1:21-cv-02723-ALC-BCM | Velasquez v. The Perfect Hairmony, Inc. et al | filed 03/30/21 | |
| 88 | 1:21-cv-02724-VSB | Velasquez v. YM Zoya Inc. et al | filed 03/30/21 | closed 03/18/22 |
| 89 | 1:21-cv-02726-JMF | Velasquez v. J & E Hair Salon Inc. et al | filed 03/30/21 | closed 09/17/21 |
| 90 | 1:21-cv-02727-JPC | Velasquez v. Hana Wine & Spirit Corp. et al | filed 03/30/21 | closed 09/22/21 |
| 91 | 1:21-cv-02948-VEC | Velasquez v. 60th Street, LLC et al | filed 04/06/21 | closed 09/15/21 |
| 92 | 1:21-cv-02949-VEC | Velasquez v. 939 Mitchell Market Inc. et al | filed 04/06/21 | closed 10/04/21 |
| 93 | 1:21-cv-02951-JPC | Velasquez v. JAGR 187 Columbus LLC et al | filed 04/06/21 | closed 12/09/21 |
| 94 | 1:21-cv-02952-GBD | Velasquez v. Sheng Cleaner Inc. et al | filed 04/06/21 | closed 06/28/21 |
| 95 | 1:21-cv-02953-LJL | Velasquez v. VLC Upper West LLC et al | filed 04/06/21 | closed 03/22/22 |
| 96 | 1:21-cv-03205-JMF | Velasquez v. Rockwell Deli Coffee Shop Corp. et al | filed 04/13/21 | closed 09/15/21 |
| 97 | 1:21-cv-03214-PGG-SN | Velasquez v. Royal Wine Merchants, Ltd., et al | filed 04/13/21 | |
| 98 | 1:21-cv-03218-ER | Velasquez v. Hama New York Inc. et al | filed 04/13/21 | |
| 99 | 1:21-cv-03269-JPO | Velasquez v. Springbone Pearl LLC et al | filed 04/14/21 | closed 08/26/21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | 1:21-cv-03585-MKV | Velasquez v. NC Affiliated JV I, LLC et al | filed | 04/22/21 | | |
| 101 | 1:21-cv-03588-KPF | Velasquez v. Sunshine Florist Inc. et al | filed | 04/22/21 | closed | 03/11/22 |
| 102 | 1:21-cv-03645-ALC | Velasquez v. HPF Christopher Inc. et al | filed | 04/23/21 | | |
| 103 | 1:21-cv-03789-ALC | Velasquez v. Rains USA Inc. et al | filed | 04/28/21 | closed | 02/02/22 |
| 104 | 1:21-cv-03792-JPO | Velasquez v. The Paint Box Gallery 2, Inc. et al | filed | 04/28/21 | | |
| 105 | 1:21-cv-03829-JMF | Velasquez v. West NY 500 Corp. et al | filed | 04/29/21 | closed | 10/29/21 |
| 106 | 1:21-cv-04427-ALC | Velasquez v. Zoomies, LLC et al | filed | 05/17/21 | closed | 10/01/21 |
| 107 | 1:21-cv-04431-GHW | Velasquez v. Olde Good Things, Inc. et al | filed | 05/17/21 | closed | 03/03/22 |
| 108 | 1:21-cv-04432-ER | Velasquez v. Brodo On Hudson LLC, et al | filed | 05/17/21 | closed | 11/19/21 |
| 109 | 1:21-cv-04821-PAE-RWL | Velasquez v. Hells Kitchen Ink LLC et al | filed | 05/31/21 | | |
| 110 | 1:21-cv-04822-KPF | Velasquez v. Von Design, Ltd. et al | filed | 05/31/21 | closed | 04/19/22 |
| 111 | 1:21-cv-04824-JGK | Velasquez v. Tulcingo Travel, Corp et al | filed | 05/31/21 | closed | 02/09/22 |
| 112 | 1:21-cv-06259-LJL | Velasquez v. Thai Super Inc. et al | filed | 07/22/21 | closed | 03/15/22 |

| | | | | | |
|---|---|---|---|---|---|
| 113 | 1:21-cv-06282-AJN-GWG | Velasquez v. 3rd Ave Locksmith & Keys Inc. et al | filed 07/23/21 | closed 04/08/22 |
| 114 | 1:21-cv-07111-LGS | Velasquez v. Daniella Kallmeyer LLC et al | filed 08/23/21 | closed 03/15/22 |
| 115 | 1:21-cv-07181-AT | Velasquez v. 123 Essex Street Corp. et al | filed 08/25/21 | closed 02/22/22 |
| 116 | 1:21-cv-07184-PGG-KHP | Velasquez v. 254 Broome LLC et al | filed 08/25/21 | closed 11/30/21 |
| 117 | 1:21-cv-07211-PAE-SDA | Velasquez v. Barrio Chino, LLC et al | filed 08/26/21 | closed 02/11/22 |
| 118 | 1:21-cv-07328-GHW | Velasquez v. Wade Maxx Galleries, Inc. et al | filed 08/31/21 | closed 12/13/21 |
| 119 | 1:21-cv-07401-JMF | Velasquez v. Jed Partners LLC et al | filed 09/02/21 | closed 12/20/21 |
| 120 | 1:21-cv-07448-AJN | Velasquez v. Orange Glou LLC et al | filed 09/06/21 | closed 02/22/22 |
| 121 | 1:21-cv-07450-AT | Velasquez v. Antler Dispensary, Inc. et al | filed 09/06/21 | |
| 122 | 1:21-cv-07610-RA | Velasquez v. Bridge & Tunnel, LLC et al | filed 09/10/21 | |
| 123 | 1:21-cv-07611-ALC | Velasquez v. L.E.S. Minimart Corp. et al | filed 09/11/21 | |
| 124 | 1:21-cv-07612-JPO | Velasquez v. Fringe Fix Inc. et al | filed 09/11/21 | closed 12/01/21 |
| 125 | 1:21-cv-07820-GHW | Velasquez v. Good Thanks Cafe, LLC et al | filed 09/18/21 | closed 01/14/22 |

| 126 | 1:21-cv-07824-LJL | Velasquez v. Johanngpro, L.L.C. et al | filed | 09/18/21 | | |
| 127 | 1:21-cv-07825-VEC | Velasquez v. MC Optical Corp. et al | filed | 09/18/21 | closed | 03/18/22 |
| 128 | 1:21-cv-08966-RA | Velasquez v. R B Style Barber Shop, Inc. et al | filed | 11/01/21 | | |
| 129 | 1:21-cv-08967-VSB | Velasquez v. MG Driving School And Multiservice Corp. et al | filed | 11/01/21 | closed | 01/24/22 |
| 130 | 1:21-cv-08968-PGG-OTW | Velasquez v. 801 Southern Blvd Restaurant Corp. et al | filed | 11/01/21 | | |
| 131 | 1:21-cv-09141-KPF | Velasquez v. El Porton Bar & Restaurant No. 2 Corp. et al | filed | 11/04/21 | | |
| 132 | 1:21-cv-09150-LJL | Velasquez v. Falcon Travel Corp. et al | filed | 11/04/21 | closed | 05/09/22 |
| 133 | 1:21-cv-09151-ALC | Velasquez v. Saturnia Inc, et al | filed | 11/04/21 | | |
| 134 | 1:21-cv-09152-VSB | Velasquez v. N2M LLC et al | filed | 11/04/21 | closed | 05/03/22 |
| 135 | 1:21-cv-09156-JPC-SLC | Velasquez v. Bryan's Bakery Inc. et al | filed | 11/04/21 | closed | 04/26/22 |
| 136 | 1:21-cv-09348-AT | Velasquez v. Karena Foods Inc. et al | filed | 11/11/21 | closed | 05/04/22 |
| 137 | 1:21-cv-09387-MKV | Velasquez v. Dundee LLC et al | filed | 11/12/21 | | |
| 138 | 1:21-cv-10356-JPC | Velasquez v. Shopzuri.com, LLC et al | filed | 12/04/21 | | |

| 139 | 1:21-cv-10619-JMF | Velasquez v. Lavish Beauty Inc. et al | filed | 12/12/21 | closed | 04/05/22 |
| 140 | 1:21-cv-10620-PAE-VF | Velasquez v. NY Community Financial, LLC et al | filed | 12/12/21 | | |
| 141 | 1:21-cv-10859-LGS | Velasquez v. The Doral Investors Group, LLC et al | filed | 12/19/21 | | |
| 142 | 1:21-cv-10862-AT | Velasquez v. SP Fashion USA, Inc. et al | filed | 12/19/21 | | |
| 143 | 1:21-cv-10872-MKV | Velasquez v. Best Way Driving School Inc. et al | filed | 12/19/21 | | |
| 144 | 1:22-cv-02904-JPC | Velasquez v. Urban Outfitters, Inc. et al | filed | 04/07/22 | | |
| 145 | 1:22-cv-02907-JPO | Velasquez v. SMCP USA, Inc. et al | filed | 04/07/22 | | |
| 146 | 1:22-cv-02913-AT | Velasquez v. Kirna Zabete, Inc. et al | filed | 04/07/22 | | |
| 147 | 1:22-cv-02948-RA | Velasquez v. Mykita Shop LLC et al | filed | 04/08/22 | | |
| 148 | 1:22-cv-02950-VEC | Velasquez v. Orlebar Brown NY 1, LLC et al | filed | 04/08/22 | | |
| 149 | 1:22-cv-02951-GHW | Velasquez v. Norrona Sport, Inc. et al | filed | 04/08/22 | | |
| 150 | 1:22-cv-03245-JGK | Velasquez v. Bleach Group USA Holdings, Inc. et al | filed | 04/20/22 | | |
| 151 | 1:22-cv-03247-LJL | Velasquez v. American Giant, Inc. et al | filed | 04/20/22 | | |

| 152 | 1:22-cv-03325-PAE-GWG | Velasquez v. Lavish Beauty Inc. et al | filed 04/23/22 | |
| 153 | 1:22-cv-03548-VEC | Velasquez v. Blank Jewelry LLC et al | filed 05/02/22 | |
| 154 | 1:22-cv-03726-VEC | Velasquez v. BMZ EV LLC et al | filed 05/08/22 | |
| 155 | 1:17-cv-03862-WHP | Velasquez v. Lex Interiors Ltd. et al | filed 05/22/17 | closed 03/01/18 |
| 156 | 1:17-cv-04791-LGS | Velasquez, v. 736 Tenth Avenue Cafe LLC et al | filed 06/23/17 | closed 01/16/18 |

## NINETEENTH DEFENSE

73.     The Defendant TAL UMATAR LLC, has been adversely impacted economically by Covid-19.

74.     As a result of the devastating economic drain on the Defendant TAL UMATAR LLC, the Defendant is incapable of effectuating any remedial actions due to the economic effects of Covid -19.

75.     By reason of the foregoing the complaint should be dismissed.

## CROSS-CLAIM AGAINST CO-DEFENDANT DUNDEE LLC

76.     Defendant DUNDEE LLC ("DUNDEE") ("DUNDEE") was responsible for insuring that the Premises complied with certain specified legal requirements,

including, inter alia, those required under the Americans with Disabilities Act, if applicable.

76.     That if the Plaintiff recovers herein against TAL UMATAR, such recovery will have been caused and brought about by reason of the negligence or culpable conduct or actions encompassed by contractual obligations of said co-defendant, DUNDEE under the sublease between the prime tenant and the subtenant (DUNDEE), TAL UMATAR will be entitled to judgment against DUNDEE in the amount of any recovery herein against TAL UMATAR and for all  damages flowing from DUNDEE's breach of contract under said sublease, together with attorneys' fees, or in the alternative, to a determination of the comparative degrees of negligence of all parties and to a judgment over in accordance with such determination by virtue of either common law or contractual indemnity through contribution.

77.     By reason of the foregoing, if it is found that the answering Defendant TAL UMATAR LLC is liable, in whole or in part, to the Plaintiff herein, which liability is expressly denied, then the Defendant TAL UMATAR LLC is entitled to indemnification from and against the Defendant DUNDEE, for any judgment or other relief that the Plaintiff may recover against the answering Defendant, in addition to TAL UMATAR's reasonable attorneys fees and disbursements incurred in defense of this action.

**RESERVATION OF ADDITIONAL DEFENSES**

76.     Defendant reserves the right to allege additional defenses as they become

known during discovery and to amend its answer accordingly.

## DEMAND FOR TRIAL BY JURY

WHEREFORE, Defendant demands a trial by jury for all claims and issues in this action for which defendant is or may be entitled to a jury trial.

WHEREFORE, Defendant TAL UMATAR LLC respectfully requests that the Court enter judgment in favor of Defendant TAL UMATAR LLC:

A. Dismissing the Complaint in its entirety, and granting the costs and disbursements of this action; and

B.  That the Court issue an award of counsel fees, costs, and disbursements in favor of TAL UMATAR LLC and against the Plaintiff RICARDO VELASQUEZ;

C.  That the Court issue an award of counsel fees, costs, and disbursements against the Defendant DUNDEE LLC, Inc. in favor of the Defendant TAL UMATAR LLC by reason of its breach of its duty to be in compliance with the ADA if such is found to be true by this Court; and

D. That the Court award the Defendant TAL UMATAR LLC such other relief as the Court may deem appropriate and just.

Dated: May 27, 2022
   New York  NY                       ___/s/ Doreen J. Fischman___
                                    Respectfully submitted
                                    Doreen J. Fischman, Esq. (2362)
                                    Fischman & Fischman
                                    Attorneys for Defendant TAL UMATAR LLC,
                                    2166 Broadway   STE 6D

*Page 27*

New York  NY    10024
(212) 274-0555
doreen.fischman@verizon.net

To:     B. Bradley Weitz, Esq. (BW 9365)

        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877
        E-mail: bbw@weitzfirm.com
        Ans\byj58BAryehDundeeVelas.ans