**THE WEITZ LAW FIRM, P.A.**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main:  305-949-7777
Fax:    305-704-3877

July 7, 2022

**VIA CM/ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 18C
New York, NY 10007

                **Re:**    Velasquez v. Dundee LLC, d/b/a Caledonia, et al.
                       Case 1:21-cv-09387-MKV

Dear Judge Vyskocil:

      The Initial Pretrial Conference in this matter is currently scheduled for July 12, 2022, at 10:30 p.m., in your Honor's Courtroom.  We write, with the permission of all parties, to request an adjournment of the Initial Pretrial Conference in the above action.  Counsel for Dundee LLC is preparing for a series of depositions to be held throughout next week, rendering participation in a conference on July 12 very difficult.  But also, counsel for Plaintiff is out of the country and will not be returning until August 22, therefore, will not be able to the attend the in-person Conference, only virtually or telephonically.

      Counsel for all the parties are available to appear before the Court, in and on the following alternative dates: September 6, 8, 12, and the 14.  The parties. therefore, respectfully request that the Court grant an adjournment of the Conference to a date the parties are available and that is convenient to the Court.

      This Court may wish to take notice that this is the first request for extension of time with regard to said Pretrial Conference.  Thank you for your attention to this request.

                                      Sincerely,

                                      By:  /S/ B. Bradley Weitz                 .
                                          B. Bradley Weitz, Esq. (BW 9365)
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com

cc:     David R. Lurie, Esq.
          Doreen J. Fischman, Esq.